# DECLARATION OF REBECCA MORIELLO

I am an attorney admitted to the bar of North Carolina and practice in the area of US immigration and nationality law. I do not practice any other area of law.

I operate a very small law firm, Raleigh Immigration Law Firm in Durham, NC, with only one associate and some help from contract attorneys. My associate has only been an attorney for one year, while I am a Board Certified Specialist. If I am suspended from the practice, I will be unable to perform work for my clients or supervise my associate's work for our clients for 30 days. I will have to notify clients of my suspension and entrust their cases to other attorneys.

For example, one client's trial is on 12/2/22 (during the 30-day period). If this suspension goes into effect, this client will need to start working with a new attorney just weeks from the trial that will determine whether or not he will be separated from his spouse and their 9-year-old twins for at least 12 years.[1]

As the manager of this small law firm, I am instrumental to the running of this practice and it will be very difficult for me to discontinue my involvement for 30 days. Moreover, I will lose the revenue that my work would have generated during this period and am likely to lose the trust of some of my clients, who may choose to take their cases to a different law firm when they learn that I have been suspended from practice and I will be unable to attend to their cases for at least 30 days.

I will also not be able to do pro bono work or lend my expertise to non-profit organizations, which I currently do multiple times per week. For example, a few months ago I became part of a collaboration with the NC Army National Guard and a local non-profit organization to provide free military PIP[2] and expedited naturalization. This program will have to be paused during the suspension since I'm the one who screens applicants for eligibility.

A 30-day suspension may paint me as an incompetent lawyer, or one that is not liked by the immigration court.

I will suffer immediate and irreparable injury if I am suspended when I am in the process of challenging the 30-day suspension order in federal court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2022.

*Rebecca Moriello*
Rebecca Moriello

---

[1] If my client loses his case, he will be barred from returning legally to the US for 10 years. As a practical matter, there will not be a way for him to return legally for at least 12 years, until his children reach 21 years of age and one of them is able to petition for him.

[2] As an oversimplification, military PIP (parole-in-place) is a way to get Green Cards for certain family members of people in the US military.